# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-25 RGK (MRW) | Date | February 28, 2020 |
| Title | Davis v. Clark | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

   1.   This Court ordered Petitioner to provide a supplemental statement by February 10 explaining the basis of his federal constitutional challenge to his conviction and his request for a <u>Rhines</u> stay. (Docket # 5, 8.) The orders warned Petitioner that failure to respond would result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to FRCP 41(b). Petitioner has not filed any response to date.

   2.   As before, the Court could properly dismiss the action on the current record. Nevertheless, in the interests of justice, the Court will give Petitioner an opportunity to explain the bases for his defective petition and the stay request. That response will be due by March 20. No extensions will be considered but for good cause demonstrated.

   **Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**