# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA'HASAN HAKEEM DAVIS,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | Case No. CV 20-25 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, (ECF No. 34),

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 26, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE